UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORA MANDERS,

    Plaintiff,

vs.

Case No. 06-13418

HON. GEORGE CARAM STEEH

NAPOLEON COMMUNITY SCHOOLS,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the court was advised the parties have settled this matter based upon their mutual acceptance of case evaluation. Accordingly, this matter is dismissed without prejudice. The court reserves jurisdiction to enforce the settlement. The parties may present for entry a stipulation for dismissal of this case with prejudice and without costs or a judgment in conformance with case evaluation.

SO ORDERED.

Dated: April 22, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 22, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk